| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Taylor Smith, 51162<br>Woodrow & Peluso, LLC<br>3900 E. Mexico Ave., Suite 300<br>Denver, CO 80210 | 720-907-7628 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Southern District of California
333 West Broadway
San Diego, CA 92101-8900

PLAINTIFF:
Brennan Landy

DEFENDANT:
Nortek Security & Control, LLC, et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:22-cv-00210-BEN-JLB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons; Class Action Complaint

2. Party Served: NORTEK SECURITY & CONTROL, LLC, a California limited liability company

3. Person Served: CSC - Trudy Desbiens - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 02/17/2022   1:49PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 02/17/2022 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria

OL# 17704956